# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EEDOR SEE,<br><br>        Plaintiff,<br><br>        v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:17-cv-0711- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 9) |

On October 2, 2017, the parties stipulated for a 62-day extension of time for Defendant to file the administrative record. (Doc. 9) The Commissioner asserts that "additional time is needed to prepare the administrative record." (*Id.* at 1) According to the Commissioner, "[t]he agency cannot currently locate the file, and is working with counsel to recreate the record in order to avoid a remand under sentence six of 42 U.S.C. § 405(g)." (*Id.*) Good cause appearing, the Court **ORDERS**:

1. The request for an extension of time is **GRANTED**; and
2. Defendant **SHALL** the administrative record no later than **December 4, 2017**.

IT IS SO ORDERED.

    Dated: __**October 4, 2017**__               __**/s/ Jennifer L. Thurston**__
                                                    UNITED STATES MAGISTRATE JUDGE